UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, *v.* TRIBOROUGH BRIDGE AUTHORITY et al., Respondents. UNITED STATES OF AMERICA, Intervener, Appellant.

Submitted November 10, 1947; decided November 13, 1947.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 297 N. Y. 31.]